NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1562, -1575, 2010-1010

SRI INTERNATIONAL INC.,

Plaintiff-Cross Appellant,

v.

INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation)
and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),

Defendants-Appellants,

and

SYMANTEC CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware
in case no. 04-CV-1199, Judge Sue L. Robinson.

ON MOTION

O R D E R

Internet Security Systems, Inc. et al. and Symantec move for a 14-day extension

of time, until March 3, 2010, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 8 2010
_____
Date

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2010

JAN HORBALY
CLERK

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Frank E. Scherkenbach, Esq.
Holmes J. Hawkins, III, Esq.
Robert M. Galvin, Esq.
s21